# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Northern Division, Georgia | 03/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

2167 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Spouse - self-employed; partner in law firm |
| 2. | 2013 | Spouse - part-time employee; University System of Georgia |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union cash acc't | A | Interest | M | T | | | | | |
| 2. SunTrust Bank cash acc't | A | Interest | N | T | | | | | |
| 3. Trust #1 | | | | | | | | | |
| 4. - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank cash acc't | A | Interest | L | T | | | | | |
| 7. Capital One 360 cash acc't | B | Interest | M | T | | | | | |
| 8. Prudential Life Insurance Company Annunity | A | Dividend | O | T | | | | | |
| 9. Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 10. Clayton Cnty GA Dev Auth Rev Tuff Archives RF 07/01/2025 | C | Interest | L | T | | | | | |
| 11. Fayette Co. GA Sch DT Maty: 03/01/2013 | B | Interest | | | Redeemed | 03/01/13 | L | D | |
| 12. Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | | | | | |
| 13. Gainesville-Hall Cnty GA HSPRV Northeast B RF 02/15/2045 | C | Interest | L | T | | | | | |
| 14. Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | A | Interest | | | Redeemed | 06/03/13 | L | D | |
| 15. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 16. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 17. GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due 6/1/16 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | L | T | | | | | |
| 19. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 20. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 21. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 22. Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |
| 23. American Fund (AMCAP Fund) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 24. American Fund (Washington Mutual Inv.) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 25. American Fund (Capital World Bond Fund) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 26. American Fund (Euro Pacific Growth Fund) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 27. American Fund (Investment Co. of America) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 28. American Fund (New Perspective Fund) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 29. American Fund (New Economy Fund) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 30. Value Line Premier Growth Fund (VALSX) | A | Dividend | | | Sold | 03/11/13 | K | A | |
| 31. Bestbank cash acc't | A | Interest | K | T | | | | | |
| 32. Merrill Lynch Bank cash acc't | A | Interest | M | T | | | | | |
| 33. BB&T Bank cash acc't | A | Interest | M | T | | | | | |
| 34. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 36. Phoenix AZ Ser A Maty: 7/01/21 | C | Interest | M | T | | | | | |
| 37. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 38. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 39. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 40. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 41. The Endowment Registered Fund LP | A | Dividend | N | T | Sold (part) | 02/13/13 | K | A | |
| 42. | | | | | Sold (part) | 05/10/13 | K | A | |
| 43. | | | | | Sold (part) | 08/14/13 | K | A | |
| 44. | | | | | Sold (part) | 11/14/13 | K | A | |
| 45. ALPS ALERIAN MLP ETF (AMLP) | A | Dividend | | | Buy | 09/25/13 | K | | |
| 46. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 47. | | | | | Sold | 12/23/13 | K | A | |
| 48. DWS RREEF GLOBAL INFRAST SEC FUND CL S (TOLSX) | C | Dividend | L | T | Buy | 08/20/13 | L | | |
| 49. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 50. | | | | | Buy (add'l) | 11/04/13 | K | | |
| 51. EATON VANCE RCHRD BRSTN EQUITY STRATGY FD (ERBIX) | A | Dividend | L | T | Buy | 03/11/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/15/13 | K | | |
| 53. Pimco Unconstrained Bond Fund CL P | B | Dividend | M | T | | | | | |
| 54. Blackrock Global Allocation FD INC INSTL (MALOX) | D | Dividend | M | T | Buy (add'l) | 02/28/13 | J | | |
| 55. | | | | | Buy (add'l) | 05/23/13 | K | | |
| 56. Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | C | Dividend | L | T | Buy (add'l) | 02/28/13 | J | | |
| 57. | | | | | Buy (add'l) | 05/23/13 | K | | |
| 58. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 59. Alpine Ultra Short Tax Optimized Income Fund | A | Dividend | | | Sold | 05/23/13 | K | A | |
| 60. Goldman Sachs Strategic Income Fund CL I (GSZIX) | B | Dividend | L | T | Buy (add'l) | 05/23/13 | K | | |
| 61. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 62. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 63. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 64. Ishares Select Divid Index FD (DVY) | B | Dividend | L | T | Buy (add'l) | 11/25/13 | J | | |
| 65. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 66. ISHARES S&P 100 (OEF) | A | Dividend | L | T | Buy | 02/13/13 | J | | |
| 67. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 68. | | | | | Buy (add'l) | 03/27/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 70. JP Morgan Income Builder Fund CL Select (JNBSX) | A | Dividend | L | T | Buy | 11/08/13 | K | | |
| 71. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 72. JP Morgan Strategic Income OPP Fund (JSOSX) | A | Dividend | K | T | Buy | 11/08/13 | K | | |
| 73. Pimco All Asset All Authority Fund CL P (PAUPX) | B | Dividend | | | Sold | 11/08/13 | L | B | |
| 74. Pimco Income Fund CL P (PONPX) | C | Dividend | L | T | | | | | |
| 75. POWERSHARES CEF INCOME COMPOSITE PORTFOL (PCEF) | B | Dividend | | | Buy | 01/15/13 | K | | |
| 76. | | | | | Buy (add'l) | 01/24/13 | J | | |
| 77. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 78. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 79. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 80. | | | | | Sold | 11/19/13 | K | A | |
| 81. PRUDENTIAL SHORT DUR HIGH YLD INCOME FD CL Z (HYSZX) | A | Dividend | K | T | Buy | 08/06/13 | K | | |
| 82. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | Buy (add'l) | 02/14/13 | K | | |
| 83. | | | | | Sold (part) | 08/07/13 | K | A | |
| 84. Transamerica MLP & Energy Income Fund CL I (TMLPX) | A | Dividend | L | T | Buy | 12/20/13 | L | | |
| 85. Blackrock Eqty Dividend Fund Instl (MADVX) | B | Dividend | M | T | Sold (part) | 08/20/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 87. Franklin Rising Dividends FD (FRDAX) | B | Dividend | M | T | Sold (part) | 01/11/13 | K | B | |
| 88. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 89. | | | | | Sold (part) | 08/19/13 | K | D | |
| 90. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 91. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 92. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 93. Franklin Income FD ADV Class (FRIAX) | C | Dividend | L | T | Buy (add'l) | 11/18/13 | J | | |
| 94. Loomis Sayles Strategic Inc FD (NEZYX) | B | Dividend | L | T | Buy (add'l) | 09/23/13 | J | | |
| 95. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 96. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 97. Pimco Total Return Fund CL P (PTTPX) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 98. Templeton GLBL Bond FD ADV CL (TGBAX) | C | Dividend | L | T | | | | | |
| 99. SPDR INDEX SHS FDS (FEZ) | B | Dividend | K | T | Buy (add'l) | 02/13/13 | J | | |
| 100. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 101. | | | | | Buy (add'l) | 03/27/13 | K | | |
| 102. | | | | | Buy (add'l) | 11/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR S&P Dividend ETF (SDY) | D | Dividend | M | T | Buy (add'l) | 06/14/13 | K | | |
| 104. Parnassus Equity Income Fund Investor SH (PRBLX) | C | Dividend | L | T | Buy (add'l) | 06/28/13 | K | | |
| 105. Manning & Napier World Oppty A (EXWAX) | A | Dividend | K | T | | | | | |
| 106. Schwab S&P 500 Index FD (SWPPX) | A | Dividend | L | T | Sold (part) | 01/11/13 | L | D | |
| 107. Scout Intl FD (UMBWX) | A | Dividend | K | T | Sold (part) | 01/11/13 | K | B | |
| 108. Vanguard Growth ETF (VUG) | C | Dividend | M | T | Buy (add'l) | 01/30/13 | K | | |
| 109. | | | | | Buy (add'l) | 02/07/13 | K | | |
| 110. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 111. Chicago ILL Brd Ed 5% 16GO UTX DUE 12/01/16 | A | Interest | | | Sold | 04/04/13 | K | A | |
| 112. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 113. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 114. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 115. New York NY 5% 15GO UTX DUE 11/01/15 | B | Interest | K | T | | | | | |
| 116. Ohio State 5% 14GO DUE 11/01/14 | A | Interest | K | T | | | | | |
| 117. Plano TEX INDPT SCH 5% 13GO UTX DUE 02/15/13 | A | Interest | | T | Redeemed | 02/15/13 | K | A | |
| 118. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 119. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | C | Dividend | K | T | | | | | |
| 121. American Century Inflation ADJ BD INV (ACITX) | B | Dividend | K | T | | | | | |
| 122. BARON SMALL CAP FUND (BSCFX) | B | Dividend | K | T | | | | | |
| 123. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | A | Dividend | L | T | Sold (part) | 01/11/13 | L | D | |
| 124. | | | | | Buy (add'l) | 06/28/13 | L | | |
| 125. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | C | Dividend | L | T | | | | | |
| 126. EGSHARES ETF EMERGING MARKETS (ECON) | A | Dividend | J | T | Buy (add'l) | 04/09/13 | J | | |
| 127. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | B | Dividend | K | T | | | | | |
| 128. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | Buy | 06/28/13 | L | | |
| 129. FRANKLIN GROWTH FUND ADV CL (FCGAX) | A | Dividend | L | T | | | | | |
| 130. HARBOR INTERNATIONAL FUND INST CL (HAINX) | B | Dividend | L | T | | | | | |
| 131. ISHARES ETF AAA-A RATED CORPORATE (QLTA) | A | Dividend | J | T | Buy (add'l) | 04/09/13 | J | | |
| 132. ISHARES FTSE EPRA NAREIT GLOBAL REAL (IFGL) | A | Dividend | | | Buy (add'l) | 04/09/13 | J | | |
| 133. | | | | | Sold | 06/12/13 | K | B | |
| 134. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 135. ISHARES Core Total U.S. Bond Mkt ETF(AGG) | B | Dividend | L | T | | | | | |
| 136. ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | K | T | Buy | 09/27/13 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | Buy (add'l) | 04/09/13 | J | | |
| 138. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 139. ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | | | Buy (add'l) | 02/06/13 | J | | |
| 140. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 141. | | | | | Sold | 06/07/13 | K | A | |
| 142. ISHARES MSCI UNITED KINGDOM INDX FD (EWU) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 143. ISHARES MSCI GERMANY INDEX FUND (EWG) | A | Dividend | K | T | Buy (add'l) | 04/09/13 | J | | |
| 144. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 145. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | J | T | Buy (add'l) | 04/09/13 | | | |
| 146. ISHARES TR BARCLAYS TIPSBOND FUND (TIP) | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 147. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 148. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | K | T | Buy (add'l) | 04/09/13 | J | | |
| 149. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 150. LORD ABBETT SHORT DUR INCOME FD CL A (LALSZ) | C | Dividend | M | T | Buy | 01/11/13 | L | | |
| 151. LORD ABBETT SHORT Duration Income FD CL F (LDLFX) | A | Dividend | | | Buy | 11/19/13 | K | | |
| 152. | | | | | Redeemed | 12/27/13 | K | A | |
| 153. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. OAKMARK INT'L FUND (OAKIX) | C | Dividend | M | T | Buy (add'l) | 04/26/13 | K | | |
| 155. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 156. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 157. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 158. OPPENHEIMER EQUITY INCM FD CL A (QCV3Z) | D | Dividend | L | T | | | | | |
| 159. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | A | Dividend | K | T | | | | | |
| 160. PIMCO ETF 0-5 YR HIGH YIELD CORP (HYS) | A | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 161. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 162. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 163. PIMCO FOREIGN BOND FD UNHEDGED CL D (PFBDX) | A | Dividend | K | T | | | | | |
| 164. POWERSHS DB COMMDTY INDX (DBC) | A | Dividend | J | T | Buy (add'l) | 04/09/13 | J | | |
| 165. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | M | T | Sold (part) | 01/11/13 | K | B | |
| 166. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 167. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 168. | | | | | Sold (part) | 10/03/13 | J | A | |
| 169. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 170. | | | | | Buy (add'l) | 12/05/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. POWERSHS EXCH TRAD FD TR EMERGING MKTS SOVEREIGN (PCY) | A | Dividend | | | Sold | 01/17/13 | J | A | |
| 172. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | K | T | Sold (part) | 02/06/13 | J | B | |
| 173. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 174. | | | | | Sold (part) | 10/03/13 | J | A | |
| 175. RIDGEWORTH HIGH INCOME CL I: (STHTX) | A | Dividend | | | Sold | 01/11/13 | K | B | |
| 176. SENTINEL SMALL COMPANY I (SIGWX) | D | Dividend | K | T | | | | | |
| 177. SPDR BARCLAYS CAP ETF SHORT TERM CORPORATE (SCPB) | A | Dividend | K | T | Buy (add'l) | 04/09/13 | J | | |
| 178. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 179. | | | | | Sold (part) | 10/09/13 | J | A | |
| 180. S P D R S&P 500 ETF TR EXPIRING 01/22/2118 (SPY) | A | Dividend | K | T | Buy | 02/20/13 | J | | |
| 181. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 182. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 183. SPDR GOLD TRUST SPDR GOLD SHARES (GLD) | A | Dividend | K | T | Sold (part) | 02/20/13 | J | A | |
| 184. | | | | | Sold (part) | 03/27/13 | K | A | |
| 185. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | M | T | Buy | 01/11/13 | L | | |
| 186. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 187. VANGUARD EQUITY INCOME FD INVESTOR SHRS (VEIPX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. VANGUARD REIT (VNQ) | B | Dividend | K | T | Sold (part) | 02/06/13 | J | B | |
| 189. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 190. | | | | | Sold (part) | 06/25/13 | J | A | |
| 191. | | | | | Sold (part) | 10/03/13 | J | A | |
| 192. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |
| 193. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | B | Dividend | L | T | | | | | |
| 194. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | B | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 195. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 196. | | | | | Sold (part) | 06/25/13 | J | A | |
| 197. | | | | | Sold (part) | 10/03/13 | J | A | |
| 198. VANGUARD DIV APPRECIATION (VIG) | A | Dividend | K | T | Sold (part) | 02/06/13 | J | A | |
| 199. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 200. VANGUARD MSCI EAFE ETF (VEA) | A | Dividend | K | T | Buy (add'l) | 04/09/13 | J | | |
| 201. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 202. VANGUARD MSCI EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 203. | | | | | Buy (add'l) | 04/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 09/25/13 | K | A | |
| 205. VANGUARD TOTAL STOCK MKT (VTI) | A | Dividend | K | T | Buy (add'l) | 04/09/13 | J | | |
| 206. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 207. WESTERN ASSET CORE PLUS BD FD I (WACPX) | C | Dividend | L | T | Buy | 01/11/13 | L | | |
| 208. WISDOMTREE ASIA ETF LOCAL DEBT FUND (ALD) | A | Dividend | J | T | Buy (add'l) | 04/09/13 | J | | |
| 209. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | A | Dividend | K | T | | | | | |
| 210. WISDOMTREE JAPAN HEDGED EQUITY FUND (DXJ) | A | Dividend | K | T | Buy | 01/17/13 | J | | |
| 211. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 212. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 213. WISDOMTREE TRUST BRAZILIAN REAL FUND (BZF) | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 214. GENL ELEC CAP CP 5.1%15 INTERNOTE DUE 08/15/15 | B | Interest | K | T | | | | | |
| 215. PRINCIPAL LIFE 5.10%14 NOTES DUE 04/15/14 | B | Interest | K | T | | | | | |
| 216. VERIZON GLOBAL 4.9%15 BONDS DUE 09/15/15 CALLABLE | B | Interest | K | T | | | | | |
| 217. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | B | Interest | K | T | | | | | |
| 218. STATE BK INDIA CD DUE 06/22/17 | A | Interest | L | T | | | | | |
| 219. AMERICAN MUN PWR REV DUE 02/15/23 | B | Interest | K | T | | | | | |
| 220. CALIFORNIA ST ECONO 3%13EXIT DUE 07/01/13 | A | Interest | | | Redeemed | 07/01/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | A | Interest | K | T | Buy | 05/01/13 | K | | |
| 222. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 223. GEORGIA MUN GAS AUTH GAS REV TOCCOA PROJ DUE 6/01/20 | B | Interest | K | T | | | | | |
| 224. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | A | Interest | K | T | | | | | |
| 225. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | A | Interest | K | T | Buy | 02/26/13 | K | | |
| 226. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | | | | | |
| 227. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 228. SAN FRANCISCO CALIF GO UTX DUE 06/15/18 | A | Interest | | | Sold | 04/24/13 | K | A | |
| 229. SAN FRANCISCO CALIF REV DUE 05/01/21 | A | Interest | K | T | | | | | |
| 230. SAN FRANCISCO CALIF GO U/LTX DUE 06/15/24 | A | Interest | K | T | | | | | |
| 231. TALLAHASSEE FLA HLTHFACSREV TALLAHASSEE MEM HLTHCARE 12/1/30 | C | Interest | L | T | | | | | |
| 232. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | | | | | |
| 233. WASHINGTON ST FOR 5%19GO LTX DUE 07/01/19 | A | Interest | K | T | Buy | 04/08/13 | K | | |
| 234. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | A | Interest | K | T | Buy | 07/15/13 | K | | |
| 235. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | B | Dividend | L | T | Buy (add'l) | 08/19/13 | J | | |
| 236. | | | | | Buy (add'l) | 08/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 238. | | | | | Buy (add'l) | 09/23/13 | K | | |
| 239. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 240. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 241. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 242. DOUBLELINE CORE FIXED INCOME FUND CL I (DBLFX) | A | Dividend | | | Sold (part) | 02/04/13 | K | A | |
| 243. | | | | | Sold | 02/11/13 | K | B | |
| 244. DOUBLELINE TOTAL RETURN BOND FUND CL I (DLBTX) | A | Dividend | | | Sold (part) | 01/28/13 | K | A | |
| 245. | | | | | Sold | 02/19/13 | K | A | |
| 246. EATON VANCE AMT FREE MUNICIPAL INCOME CL I (EVMBX) | C | Dividend | | | Sold | 12/03/13 | L | A | |
| 247. GOLDMAN SACHS SATELLITE STRATEGIES PORT FD I (GXSIX) | D | Dividend | N | T | Buy (add'l) | 10/08/13 | J | | |
| 248. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 249. | | | | | Buy (add'l) | 12/03/13 | L | | |
| 250. ISHARES MSCI EAFE INDEX FUND (EFA) | A | Dividend | K | T | Buy (add'l) | 01/08/13 | J | | |
| 251. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 252. THORNBURG INVSMT INCOME BUILDER FUND CL I (TIBIX) | D | Dividend | L | T | Buy (add'l) | 10/25/13 | J | | |
| 253. | | | | | Buy (add'l) | 11/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. VANGUARD VALUE ETF (VTV) | A | Dividend | K | T | Buy (add'l) | 12/05/13 | J | | |
| 255. YACKTMAN FUND CL SERVICE (YACKX) | A | Dividend | | | Buy (add'l) | 02/28/13 | J | | |
| 256. | | | | | Sold | 04/26/13 | L | D | |
| 257. King & Spalding Cash Balance Plan | C | Dividend | L | T | | | | | |
| 258. VANGUARD FTSE ALL-WORLD ex-U.S. INDEX | A | Dividend | | | Buy | 02/08/13 | J | | |
| 259. | | | | | Sold | 04/16/13 | J | A | |
| 260. Invesco Growth and Income R5 (ACGQX) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 261. JPMorgan Large Cap Growth R6 (JLGMX) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 262. RidgeWorth Intl Equity Index I (SIE1X) | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 263. PIMCO Total Return Instl (PTTRX) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 264. Allianz GI FIXED INCOME SHARES SERIES C (FXICX) | D | Interest | L | T | Buy | 05/22/13 | L | | |
| 265. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 266. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 267. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 268. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 269. Allianz GI FIXED INCOME SHARES SERIES M (FXIMX) | B | Interest | L | T | Buy | 05/22/13 | L | | |
| 270. | | | | | Sold (part) | 06/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 272. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 273. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 274. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 275. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 276. BLACKROCK INTERMEDIATE MUNICIPAL FUND INSTL (MAMTX) | A | Interest | | | Buy | 02/14/13 | K | | |
| 277. | | | | | Sold | 08/07/13 | K | A | |
| 278. GOLDMAN SACHS SHORT DURATION TAX FREE INSTL (GSDUX) | A | Interest | | | Buy | 02/15/13 | K | | |
| 279. | | | | | Sold | 08/07/13 | K | A | |
| 280. LORD ABBETT INTERMEDIATE TAX FREE FD CL F (LISFX) | A | Interest | | | Buy | 02/14/13 | K | | |
| 281. | | | | | Sold | 08/07/13 | K | A | |
| 282. Lord Abbett Multi Asset Income Fund (LIGFX) | A | Dividend | K | T | Buy | 12/27/13 | K | | |
| 283. THORNBURG INTERMEDIATE MUNI FUND CL I (THMIX) | A | Interest | | | Buy | 02/14/13 | | | |
| 284. | | | | | Sold | 08/07/13 | K | A | |
| 285. WISDOMTREE EMERGING MRKT EQUITY INCOME DEM | A | Dividend | | | Buy (add'l) | 02/13/13 | J | | |
| 286. | | | | | Buy (add'l) | 02/21/13 | K | | |
| 287. | | | | | Sold | 09/25/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 288.  FHLMC Q02173 4.5% 41 DUE 07/01/41 | A | Interest | J | T | Buy | 10/11/13 | J | | |
| 289.  FHLMC Q17639 3% 43 DUE 04/01/43 | A | Interest | J | T | Buy | 09/16/13 | J | | |
| 290.  FNMA PL 190404 4.5% 40 DUE 05/01/40 | B | Interest | J | T | Buy | 06/19/13 | J | | |
| 291.  FNMA PL 745580 5% 36 DUE 06/01/36 | A | Interest | J | T | Buy | 09/27/13 | J | | |
| 292.  FNMA PL AL3423 5% 40 DUE 05/01/40 | B | Interest | | T | Buy | 06/14/13 | J | | |
| 293. | | | | | Sold (part) | 08/23/13 | J | A | |
| 294.  FNMA PL AO2961 4% 42 DUE 05/01/42 | B | Interest | K | T | Buy | 06/14/13 | K | | |
| 295.  FNMA PL AP1206 3% 43 DUE 02/01/43 | A | Interest | J | T | Buy | 06/19/13 | J | | |
| 296.  FNMA PL AP3839 3.5% 42 DUE 09/01/42 | A | Interest | J | T | Buy | 07/10/13 | J | | |
| 297.  FNMA PL AT5675 3.5% 43 DUE 06/01/43 | A | Interest | J | T | Buy | 06/14/13 | J | | |
| 298.  FNMA PL AU3751 4% 43 DUE 08/01/43 | A | Interest | J | T | Buy | 10/11/13 | J | | |
| 299.  US TREAS NOT 1.375%02/19 DUE 02/28/19 | A | Interest | | | Buy | 05/28/13 | J | | |
| 300. | | | | | Sold | 08/09/13 | J | A | |
| 301.  FNMA PL 735402 5%35 DUE 04/01/35 | A | Interest | J | T | Buy | 07/17/13 | J | | |
| 302. | | | | | Sold | 08/20/13 | J | A | |
| 303.  FNMA PL AU7258 3.5% 43 DUE 10/01/43 | A | Interest | J | T | Buy | 10/11/13 | J | | |
| 304.  US TREASURY NT 1.125% 12/19 DUE 12/31/19 | A | Interest | J | T | Buy | 05/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 306. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 307. US TREASURY NT 0.75% 10/17 DUE 10/31/17 | A | Interest | K | T | Buy | 05/28/13 | K | | |
| 308. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 309. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 310. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 311. US TREASURY 2%02/23 BOND DUE 02/15/23 | A | Interest | J | T | Buy | 05/28/13 | J | | |
| 312. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 313. | | | | | Sold (part) | 08/27/13 | J | A | |
| 314. US TREASURY 2%11/21 BOND DUE 11/15/21 | A | Interest | J | T | Buy | 05/28/13 | J | | |
| 315. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 316. UST INFL IDX 0.125%07/22 DUE 07/15/22 | A | Interest | K | T | Buy | 05/28/13 | K | | |
| 317. UST INFL IDX 2.375%01/25 DUE 01/15/25 | A | Interest | J | T | Buy | 10/23/13 | J | | |
| 318. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 319. | | | | | Sold (part) | 12/24/13 | J | A | |
| 320. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 321. ML U.S. Treasury Fund cash acc't - see Part VIII | A | Interest | | | Closed | | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. Estate #1 | | | | | | 11/13/13 | | | |
| 323. - Wells Fargo cash acc't | A | Interest | M | T | | | | | |
| 324. - Atlanta Postal Credit Union cash acc't | A | Interest | M | T | | | | | |
| 325. - Cornerstone Bank cash acc't | A | Interest | M | T | | | | | |
| 326. - Coca-Cola common stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Line 98, Column A is amended to include the abbreviation to the description of assets. It now reads as follows: Templeton GLBL Bond FD ADV CL (TGBAX).
Line 321: Merrill Lynch U.S. Treasury cash acc't was closed on April 30, 2012, and mistakenly included in 2013 FDRs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544